I Charles Lowe want to file a complaint against the District Attorney and the Judge of Douglas County. They use racial slurs "nigger"and locked me up on a traffic ticket in which I was not found guilty by a jury. My vehicle was struck from behind by the other vehicle so how could I get the ticket. Therefore all charges need to be dropped due to the courts violating my rights on several occasions during this whole process.
Sent from my iPhone

**RECEIPT**

Domestic Mail Only

For delivery information, visit our website at www.usps.com®

Douglasville, GA 30134

| Certified Mail Fee | | |
|---|---|---|
| $4.40 | | 0394 |
| $ | | 27 |

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)    $ $0.00
☐ Return Receipt (electronic)    $ $0.00
☐ Certified Mail Restricted Delivery    $ $0.00
☐ Adult Signature Required    $ $0.00
☐ Adult Signature Restricted Delivery $ $0.00

Postmark
Here

Postage
$0.68
$

Total Postage and Fees    04/08/2024
$8.73

Sent To Douglas County State Court
Annetta Danley Steinbridge, Clerk
Street and Apt. No., or PO Box No.
8100 Hospital Drive
City, State, ZIP+4®
Douglasville, GA 30134

PS Form 3800, January 2023 PSN 7530-02-000-9047    See Reverse for Instructions

7021 0950 0000 7427 5870